UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MORGAN O'BRIEN, by his appointed guardian BARBARA O'BRIEN, | No. 16 C 6591 |
| Plaintiff, | Judge William T. Hart |
| v. | Magistrate Judge Gilbert |
| VILLAGE OF ORLAND PARK, | |
| Defendant. | JURY TRIAL DEMANDED |

## ORDER APPROVING SETTLEMENT

This matter coming on to be heard on the Plaintiff's Motion to Approve Settlement, and the Court being fully advised in the premises, orders:

1. Plaintiff Morgan O'Brien brings this action through his mother and legal guardian, Barbara O'Brien.

2. This case alleges allegations of employment discrimination under the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101 *et seq.*, for failure to provide reasonable accommodations and wrongful termination.

3. The parties reached an agreement on a settlement of all claims in this case. Distribution of the settlement proceeds are as follows:

    a. Plaintiff Morgan O'Brien: $22,100.

    b. Attorneys' fees and costs: $7,900.00

4. Pursuant to this settlement agreement, Plaintiff will voluntarily dismiss this action with prejudice. The Defendant will pay a global settlement of $30,000 to Plaintiff and his attorneys, inclusive of attorney's fees and costs, in consideration for the dismissal of the action.

5. In accordance with the Illinois Probate Act, 755 Ill. Stat. 5/19-8, and the District Court's Local Rule 17.1, the Court finds that the settlement of these claims against Defendant Village of Orland Park for the total of $30,000.00 including attorneys' fees and costs, and the distribution of the proceeds of the settlement in the manner set forth above, is fair and reasonable and adequately protects the interests of Morgan O'Brien.

*[Signature]*

*approved*

*[Signature]*

12-15-2016